**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARIO CRUZ,** | : |
| | : |
| **Plaintiff,** | : |
| | : Civil Action No. 2:23-cv-04626-GAM |
| v. | : |
| | : |
| **PHILADELPHIA FIGHT COMMUNITY HEALTH CENTERS,** | : |
| | : |
| **Defendant.** | : |

**CERTIFICATE OF SERVICE**

The undersigned counsel for defendant certifies that true and correct copies of the foregoing Answer with Affirmative Defenses was electronically filed with the Clerk of Court on November 29, 2023, using the CM/ECF system and served on all counsel of record through the electronic filing system as follows:

> Briana Lynn Pearson, Esquire
> The Law Offices of Eric A. Shore
> Two Penn Center, Suite 1240
> 1500 John F. Kennedy Blvd.
> Philadelphia, PA 19102
> brianap@ericshore.com

**OF COUNSEL**:
Archer & Greiner, P.C.
Three Logan Square
Suite 3500
1717 Arch Street
Philadelphia, Pennsylvania  19103
Phone:  215-963-3300
jkolansky@archerlaw.com
jrardin@archerlaw.com

/s/Jeffrey M. Kolansky
Jeffrey M. Kolansky
Jonathan P. Rardin
   Attorneys for Defendant

228097965 v1

1